IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TWILA H., | : | |
| *Plaintiff,* | : | CIVIL ACTION |
| v. | : | No. 24-586 |
| | : | |
| COMMISSIONER OF, | : | |
| SOCIAL SECURITY, | : | |
| *Defendant.* | : | |

### ORDER

**AND NOW**, this 19th day of March 2025, upon consideration of Plaintiff Twila H.'s Brief and Statement of Issues in Support of Request for Review (ECF 15), the Commissioner's Response (ECF 18), and Plaintiff's Reply (ECF 21), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**; and

2. **JUDGMENT** is entered in favor of Defendant, the Commissioner of Social Security and against Plaintiff Twila H.; and

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

---

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*